# Order

Michigan Supreme Court
Lansing, Michigan

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153912 & (53)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 153912
                              COA: 325857

JORDAN CONRAD JOHNSON,
                              Berrien CC: 2014-003481-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion for leave to file pro per supplemental application is GRANTED. The application for leave to appeal the April 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

s0315